UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KERRY D. MILLER,                           CIVIL ACTION NO. 03-73684

       Plaintiff,                        DISTRICT JUDGE AVERN COHN
                                          MAGISTRATE JUDGE MONA K. MAJZOUB
v.

CARMEN PALMER, et al,

       Defendants.
_____/

## ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DENYING PLAINTIFF'S MOTION TO RE-INSTATE THE CASE

The Court has reviewed the file and the Magistrate Judge's Report and Recommendation dated March 23, 2005. No objections have been filed. The Report and Recommendation of the Magistrate Judge is hereby accepted and entered as the findings and conclusions of the Court.

IT HEREBY ORDERED THAT the Report and Recommendation is ACCEPTED.

IT IS FURTHER ORDERED THAT the Plaintiff's motion is DENIED.

Dated:  May 25, 2005            s/Avern Cohn
                                AVERN COHN
                                UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 25, 2005, by electronic and/or ordinary mail.

                                      s/Julie Owens
                                      Case Manager, (313) 234-5160